# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1077
LT Case No. 2024-CP-000348

_____

CAROLYN HOCTER,

     Appellant,

     v.

HOLLY HALL HOCTER and
NICOLETTE J. MULVANEY as Co-
Personal Representatives of the
Estate of Michael Steven Hocter,
and CALLIE A. HOCTER, and
JAMESON G. HOCTER,

     Appellees.

_____

On appeal from the Circuit Court for Nassau County.
Robert M. Foster, Judge.

Kenneth C. Steel, III, Esq., Jacksonville, for Appellant.

Arthur I. Jacobs, Richard J. Scholz, and Douglas A. Wyler, of
Jacobs Scholz & Wyler, LLC, Fernandina Beach, for Appellees.

January 8, 2026

PER CURIAM.

AFFIRMED. *See Fields v. Est. of Ford*, 395 So. 3d 576 (Fla. 6th DCA 2024).

LAMBERT, BOATWRIGHT, and KILBANE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____